**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE ANTONIO CORIMAYHUA ROCA,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 5:26-cv-04066-JWH-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY IN PART AND DISMISS IN PART HABEAS PETITION**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Deny in Part and Dismiss in Part Habeas Petition.[1] Because the deadline for objections has passed with none filed, the Court need not review *de novo* the findings and conclusions in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Although Petitioner Jose Antonio Corimayhua Roca recently filed a "Reply" in support of his Petition,[2] the arguments that he raises in that filing are repetitive of arguments that the R&R has already addressed. Specifically, the equities that weigh in Roca's favor, such as his medical condition and family issues, are beyond the scope of the Court's review of the Immigration Judge's denial of bond.[3] Moreover, Roca currently is appealing the Immigration Judge's bond decision before the Board of Immigration Appeals, meaning that Roca's claims are unexhausted.[4]

Accordingly, it is hereby **ORDERED** as follows:

1. The Petition under 28 U.S.C. § 2241 is **DENIED in part** and **DISMISSED in part** for the reasons set forth in the R&R.

2. Judgment **DISMISSING** this action will be entered accordingly.

**IT IS SO ORDERED.**

Dated: September 28, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Report and Recommendation (the "R&R") [ECF No. 9].

[2] Reply in Support of Petition [ECF No. 10].

[3] R&R 7.

[4] *Id.* at 7-8.