JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO CORIMAYHUA ROCA,<br>Petitioner,<br>v.<br>WARDEN, *et al.*,<br>Respondents. | Case No. 5:26-cv-04066-JWH-SK<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Report and Recommendation to Deny in Part and Dismiss in Part Habeas Petition" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: September 28, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE